# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00681-CV

**In re Jay Armani Rhyder**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the pending motions are dismissed as moot. *See* Tex. R. App. P. 52.8(a). We lift the stay of the proceedings in the underlying case. *See id*. R. 52.10.

<br>

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Filed: October 24, 2025